Maria Luisa AVILA–RODRIGUEZ;
et al., Petitioners,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 08–71718.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 1, 2008.*

Filed Dec. 31, 2008.

Maria Luis Avila–Rodriguez, Whittier,
CA, pro se.

Adriana Osas, Whittier, CA, pro se.

OIL, Washington, DC, District Counsel,
Office of the District Counsel, Department
of Homeland Security, Los Angeles, CA,
Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: GOODWIN, CLIFTON and
BEA, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order de-
nying petitioners' motion to reopen remov-
al proceedings.

The motion to proceed in forma pauperis
is granted.

Respondent's motion to dismiss this pe-
tition for review for lack of jurisdiction in
part is granted. *See* 8 U.S.C.
§ 1252(a)(2)(B)(i); *Fernandez v. Gonzales,*
439 F.3d 592, 601 (9th Cir.2006) (conclud-
ing that the court lacks jurisdiction to
review the Board of Immigration Appeals'
denial of motion to reopen for failure to
establish a prima facie case if a prior
adverse discretionary decision was made
by the agency).

The BIA also construed petitioners' mo-
tion as a motion to reconsider, and denied
the motion as untimely filed. *See* 8 C.F.R.
§ 1003.2(b)(2). To the extent petitioners
challenge the BIA's decision in this regard,
we deny the petition for review in part
because the questions raised by this peti-
tion for review are so insubstantial as not
to require further argument. *See United
States v. Hooton,* 693 F.2d 857, 858 (9th
Cir.1982) (per curiam) (stating standard).

We further note that petitioners are
barred from discretionary relief because
voluntary departure has expired. *Cf. Gra-
nados–Osegura v. Mukasey,* —— F.3d ——
(9th Cir.2008).

All other pending motions are denied as
moot. The temporary stay of removal
shall continue in effect until issuance of the
mandate.

**PETITION FOR REVIEW DIS-
MISSED in part, DENIED in part.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.